UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROLYN P. RAIMO<br>    Plaintiff<br><br>v.<br><br><br><br><br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>    Defendant | CIVIL ACTION<br><br>COMPLAINT<br><br><br><br><br><br><br><br>AUGUST 5, 2009 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed and abused by the Defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* and the Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 *et seq.*

### II. PARTIES

2. The plaintiff, Carolyn P. Raimo ("Carolyn"), is a natural person residing in Waterbury, Connecticut.

3. The defendant, Portfolio Recovery Associates, LLC ("Portfolio"), is a limited liability company located in Virginia that is in the business of purchasing and collecting debts.

## III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, 1337, and 1367, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Portfolio because it engages in debt collection activities within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident of Connecticut and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATIONS

7. On or around April 7, 2009, sometime during the early morning hours, Carolyn received a call from a Portfolio representative who referred to herself as "Mrs. Phillips."

8. During that call, Mrs. Phillips told Carolyn that she was calling from the "litigation department" in an attempt to collect a debt.

9. Carolyn responded by questioning Mrs. Phillips about the validity of the alleged debt, and Mrs. Phillips asked Carolyn whether she was disputing the debt, and she proceeded to tell Carolyn that if she disputed the debt, then Portfolio would take her to court, at which point she again asked Carolyn whether she disputed the debt, and fearing the purported consequences of answering "yes," Carolyn replied "no."

10. On or around April 29, 2009, a Portfolio representative named "Ira" called and spoke with Carolyn, and during that call, Ira told Carolyn that he was calling from the litigation department, and he said that she needed to make a payment to Portfolio or else her case would go to court.

## V. COUNT ONE
### Fair Debt Collection Practices Act

11. Plaintiff incorporates Paragraphs 1-11.

12. Portfolio violated the FDCPA, including the following respects:

    a.    Portfolio violated 15 U.S.C. § 1692e(3) by falsely implying that Mrs. Phillips and Ira were attorneys or were calling with regard to communication from an attorney; and;

    b.    Portfolio violated 15 U.S.C. § 1692e(10) by falsely and deceptively representing that a dispute of the debt by the plaintiff or her failure to make a payment would necessarily lead to a lawsuit.

## VI. COUNT TWO
### Creditor Collection Practices Act

13. Plaintiff incorporates Paragraphs 1-11.

14. Portfolio violated the CCPA and the regulations promulgated thereunder by the Connecticut Department of Banking, as follows:

    a.    Portfolio violated Conn. Agencies Reg.§ 36a-647-6(3) by falsely implying that Mrs. Phillips and Ira were attorneys or were calling with regard to communication from an attorney; and;

    b.    Portfolio violated Conn. Agencies Reg.§ 36a-647-6(11) by falsely and deceptively representing that a dispute of the debt by the plaintiff or her failure to make a payment would necessarily lead to a lawsuit.

WHEREFORE, the Plaintiff prays for the following relief:

Actual damages, statutory damages, and attorney's fees and costs pursuant to 15 U.S.C. § 1692k and Public Act No. 07-176; and such other relief as this Court deems appropriate.

**PLAINTIFF, CAROLYN P. RAIMO**

By: _____
Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457

4