UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROLYN P. RAIMO,<br><br>        Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:  No. 3:09-cv-01255(JCH)<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

The defendants in the above-captioned action hereby advise the Court that plaintiff and defendant have reached a settlement of the above-captioned case and that counsel are in the process of exchanging settlement papers and the settlement check. Pursuant to Rule 16(b) of the Local Rules of this District, counsel advises the Court of this settlement and requests that all pending deadlines, motions and pleadings be held in abeyance pending completion of the settlement documentation and submission of appropriate stipulations or notices, as the case may be.

THE DEFENDANT
PORTFOLIO RECOVERY ASSOCIATES, LLC

By: _____
     Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
E-Mail: jelliot@znclaw.com

Its Attorneys

## CERTIFICATION

I hereby certify that on _December 14, 2009_, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Jonathan D. Elliot (ct05762)